UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WERNER HARRER, | ) | |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No.1:10-cv-07922 |
| v. | ) | |
| | ) | |
| | ) | Judge Robert M. Dow Jr. |
| RJM ACQUISITIONS LLC, | ) | |
| | ) | |
| | ) | |
| DEFENDANT, | ) | <u>Jury Demanded</u> |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT</u>**

Plaintiff, WERNER HARRER appearing by and through his attorney, Mario Kris Kasalo, moves this Honorable Court for an extension of time to file his Response to Defendant's Motion to Dismiss, and in support thereof, states the following:

1.  Plaintiff filed his Complaint on December 13, 2010.

2.  On January 7, 2011, Defendant filed an Unopposed Motion for an Enlargement of Time to Answer Plaintiff's Complaint, and was granted until January 28, 2011 to answer.

3.  After filing his Complaint, Plaintiff learned of new material facts that he had inadvertently left out of the allegations of his Complaint, which he wished to include in an Amended Complaint.

4.  On January 13, 2011, Plaintiff filed a motion requesting leave to file an Amended Complaint, which was granted on January 27, 2011.

5. On February 23, 2011, Plaintiff filed his Amended Complaint.

6. Defendant filed its Motion to Dismiss on March 9, 2011.

7. Plaintiff's Response to Defendant's Motion to Dismiss is due by April 21, 2011 and Defendant's subsequent reply is due by May 5, 2011.

7. Due to time constraints caused by the tax season and recent holidays, Plaintiff has not been able to complete his Response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint by April 21, 2011.

8. Plaintiff's counsel has discussed the requested extension of time with Defendant's counsel, who does not oppose Plaintiffs request for an extension of time.

9. No party will be prejudiced by the Court granting this Motion.

WHEREFORE, Plaintiff, WERNER HARRER, requests that this Honorable Court grant him additional one week to file his Response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, up to and including April 28, 2011, and to extend Defendant's due date to file its Reply by one week to May 12, 2011, and enter any further and other relief this Court deems just and appropriate.

**By:** /s/ M. Kris Kasalo
M. Kris Kasalo

**The Law Office of M. Kris Kasalo, Ltd.**
**"A Consumer Protection Law Firm"**
111 East Wacker Drive, Suite 555
Chicago, Illinois 60601
tele 773.847.2600
fax 773.847.0330
mario.kasalo@kasalolaw.com